# EXHIBIT "A"

4838-2734-1513, v. 1

Exhibit A

## FIDELITY NATIONAL TITLE INSURANCE COMPANY

TITLE NO.: 16-7406-39626SUFF

### SCHEDULE A - Part I

#### DESCRIPTION

ALL that certain plot, piece or parcel of land, situate, lying and being at Mecox, in the Town of Southampton, County of Suffolk and State of New York, known and designated as Lot No. 2 on a certain subdivision map entitled, "Minor Subdivision Map for Cidney Farms", being more particularly bounded and described as follows:

BEGINNING at a point on the westerly side of Jobs Lane which point is situate South 49 degrees 15 minutes 00 seconds West 1730.17 feet more or less from the intersection of the southerly line of Mecox Road and the westerly line of Jobs Lane and which point is also situate 49.17 feet from the southerly line of land now or formerly of Niuta S. Titus;

RUNNING THENCE North 64 degrees 30 minutes 00 seconds West 569.18 feet;

RUNNING THENCE South 25 degrees 31 minutes 17 seconds West 348.78 feet to land now or formerly of S.H. Talmage;

RUNNING THENCE along the last mentioned land North 64 degrees 28 minutes 43 seconds West 260.00 feet;

RUNNING THENCE North 25 degrees 31 minutes 17 seconds East 338.70 feet;

RUNNING THENCE along the arc of a regular curve to the right, having a radius of 25.00 feet, a distance of 39.26 feet;

THENCE South 64 degrees 30 minutes 00 seconds East 810.78 feet to the westerly side of Jobs Lane;

RUNNING THENCE along the westerly side of Jobs Lane South 49 degrees 15 minutes 00 seconds West, 16.39 feet to the point or place of BEGINNING.

*SCHEDULE A-I (DESCRIPTION)*