UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE FEDERAL SAVINGS BANK,

                       Plaintiff,

       -against-

PAUL J. MANAFORT, KATHLEEN B. MANAFORT,
SUMMERBREEZE, LLC, NEW YORK STATE
DEPARTMENT OF TAXATION & FINANCE and
"JOHN DOE 1" through "JOHN DOE 10", the John Doe
names being fictitious, said parties intended to be tenants
or occupants, if any, having or claiming an interest in,
or other entities having a lien upon, the premises
described in the complaint,

                       Defendants.

-------------------------------------------------------------------X

Case No.:  21-01393

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Federal Savings

Bank declares that it is owned 100% by National

Bancorp Holdings, Inc. ("NBHI") and that no publically traded corporation currently owns 10%

or more of its stock or the stock of NBHI.

Dated: Mineola, New York
       March 15, 2021

                Respectfully submitted,

                MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

By:

                THOMAS J. McGOWAN, ESQ.

       190 Willis Avenue
       Mineola, New York 11501
       (516)747-0300
       tmcgowan@meltzerlippe.com
       *Attorneys for Plaintiff*

4836-0385-8401, v. 1