| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

BEFORE: ANNE Y. SHIELDS  
         U.S. MAGISTRATE JUDGE

DATE: 5/12/21  
TIME: 11:00 AM  
FTR: 11:06-11:10

CASE: **CV 21-1393 (SJF ) (AYS)** The Federal Savings Bank v. Manafort, et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:    Plaintiff    <u>Thomas McGowan</u>

                      Defendant    Rodney Perry  
                                        Brittney Denley

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒    Other: Conference held.

                                                                       SO ORDERED

                                                                   /s/ Anne Y. Shields  
                                                                 ANNE Y. SHIELDS  
                                                                 United States Magistrate Judge