UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FEDERAL SAVINGS BANK,<br><br>        Plaintiff,<br><br>     v.<br>PAUL J. MANAFORT, KATHLEEN B. MANAFORT, SUMMERBREEZE, LLC, NEW YORK STATE DEPARTMNENT OF TAXATION & FINANCE and "JOHN DOE 1" through "JOHN DOE 10", the John Doe names being fictitious, said parties intended to be tenants or occupants, if any, having or claiming an interest in, or other entities having a lien upon, the premises described in the complaint,<br><br>        Defendants. | Case No. 2:21-cv-01393-SJF-AYS |

## **NOTICE OF DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that for the reasons set forth in the accompanying Memorandum of Law, dated May 20, 2021, and upon the prior proceedings and pleadings filed in this Action, Defendants Paul J. Manafort, Kathleen B. Manafort, Summerbreeze, LLC will move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Courtroom 830, Central Islip, New York 11722, for an Order dismissing Plaintiff's Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date: May 20, 2021                 Respectfully Submitted,

                              */s/ Rodney Perry*
                              Rodney Perry (*pro hac vice*)
                              Matthew C. Crowl (*pro hac vice*)
                              RILEY SAFER HOLMES & CANCILA LLP
                              70 W. Madison Street, Suite 2900

Chicago, Illinois 60602
Phone: 312-471-8700
Fax: 312-471-8701
Email: rperry@rshc-law.com
mcrowl@rshc-law.com


Nafiz Cekirge
Brittney L. Denley
RILEY SAFER HOLMES & CANCILA LLP
136 Madison Avenue, 6th Floor
New York, New York 10016
Phone: 212-660-1000
Fax: 212-660-1001
Email: ncekirge@rshc-law.com
bdenley@rshc-law.com

*Attorneys for Defendants Paul J. Manafort, Kathleen B. Manafort, & Summerbreeze LLC.*