UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE FEDERAL SAVINGS BANK,

                Plaintiff,        Case No. 2:21-cv-01393-DRH-AYS

v.

PAUL J. MANAFORT, KATHLEEN B. MANAFORT, SUMMERBREEZE, LLC, NEW YORK STATE DEPARTMNENT OF TAXATION & FINANCE and "JOHN DOE 1" through "JOHN DOE 10", the John Doe names being fictitious, said parties intended to be tenants or occupants, if any, having or claiming an interest in, or other entities having a lien upon, the premises described in the complaint,

                Defendants.

## MOTION TO PERMIT WITHDRAWAL OF COUNSEL

**TO THE HONORABLE DENIS R. HURLEY AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD**

      **PLEASE TAKE NOTICE** that Brittney L. Denley, Esq. hereby moves the Court for an Order, pursuant to Local Rule 1.4 and New York Rules of Professional Conduct, Rule 1.16(c)(1) and (10), to allow her to withdraw as counsel of record for Defendants Paul J. Manafort, Kathleen B. Manafort, and Summerbreeze, LLC ("Defendants").

      Indeed, the undersigned is no longer associated with the law firm of Riley Safer Holmes and Cancila LLP, Defendants' counsel. The undersigned has not been involved in this matter since her departure from Riley Safer Holmes and Cancila LLP.

      This withdrawal will not prejudice Defendants because Defendants are currently represented by Rodney Perry, Matthew C. Crowl, and Nafiz Cekirge of Riley Safer Holmes and Cancila LLP.

      WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter

an Order granting her motion to withdraw. A proposed order is attached.

Dated: October 11, 2021

                                      Respectfully submitted,

                            By: /s/ Brittney L. Denley