UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE FEDERAL SAVINGS BANK,

                            Plaintiff,

  -against-

PAUL J. MANAFORT, KATHLEEN B. MANAFORT,
SUMMERBREEZE, LLC, NEW YORK STATE
DEPARTMENT OF TAXATION & FINANCE and
"JOHN DOE 1" through "JOHN DOE 10", the John Doe
names being fictitious, said parties intended to be tenants
or occupants, if any, having or claiming an interest in,
or other entities having a lien upon, the premises
described in the complaint,

                            Defendants.
-------------------------------------------------------------------X

Case No.: 21-cv-1393(DRH)(AYS)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendants through their respective undersigned counsel that, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action is dismissed, with each party to bear their own fees and costs; and

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or Facsimile signatures treated as originals.

| | |
|---|---|
| Meltzer, Lippe, Goldstein & Breitstone, LLP<br>*Attorneys for Plaintiff*<br><br>By: _____<br>Thomas J. McGowan, Esq.<br>190 Willis Avenue<br>Mineola, New York 11501<br>Tel: (516) 747-0300<br>E-Mail: tomm@meltzerlippe.com<br><br>Dated: October 20, 2021 | Riley Safer Holmes & Cancila LLP<br>*Attorneys for Defendants*<br><br>By: /s/ Rodney Perry_____<br>Rodney Perry, Esq.<br>70 W. Madison Street, Suite 2900<br>Chicago, Illinois 60602<br>Tel: (312) 471-8700<br>E-Mail: rperry@rshc-law.com<br><br>Dated: November 24, 2021 |

1

4860-5686-3232, v. 1